**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

**MEMO ENDORSED**

VIA ECF

August 10, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/10/2022
```

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Ivan Jimenez; 21 CR 778 (NSR)

Dear Judge Roman:

    I am CJA counsel for Mr. Jimenez. I was notified yesterday that Mr. Jimenez has retained new counsel to represent him in this matter, Jeffery Greco of Greco Neyland, P.C., 757 3rd Ave., 20th Floor, New York, NY 10017. Attorney Greco filed his notice of appearance yesterday (Document 40 in docket).

    Based upon this filing I am requesting that I be relieved as CJA counsel. Thank you.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Cc:   Via ECF
      AUSA Kevin Sullivan
      Jeffery Greco, Esq.

**The Court GRANTS the application. Accordingly, the Court substitutes Jeffrey Greco as retained defense counsel and discharges currently CJA appointed counsel Joseph Vita. The Clerk of the Court is directed to terminate Mr. Vita's appearance in this case and the motion in ECF No. 41.**

Dated: August 10, 2022
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE