UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

IVAN JIMENEZ,

                Defendant.

21 Cr. 778 (NSR)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by and through Assistant United States Attorney Kevin T. Sullivan, and with the consent of the defendant Ivan Jimenez, by and through his counsel, Jeff Greco, Esq., it is hereby ORDERED that the time period from September 20, 2022 to the date of the next pre-trial conference before the Court on October 21, 2022, is excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice, so that the parties can continue discussions regarding a pre-trial disposition of the case, defense counsel can continue to consult with the defendant, and the parties can finalize a resolution.

      SO ORDERED.

Dated: White Plains, New York
       September 21, 2022

_____
The Honorable Nelson S. Román
United States District Judge

Clerk of Court is requested to terminate the motion at ECF No. 47.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2022