**MEMO ENDORSED**



Deft's request to adjourn the in-person Sentencing from Feb. 1, 2024 until Mar. 27, 2024 at 10:45 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 67.
Dated: White Plains, NY
January 25, 2024

January 22, 2024

Honorable Judge Nelson Roman
United States' District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   <u>US v. Ivan Jimenez (21-cr-00778-NSR)</u>

<u>Via Electronic Filing (ECF)</u>

Dear Judge Roman,

My firm represents Mr. Ivan Jimenez in the aforementioned case number. We file this letter motion respectfully requesting a continuance of the February 1st sentencing hearing to a future date six (6) weeks or later.

We are still in the process of gathering mitigation materials, and we believe this additional time will help facilitate this. I have spoken with Assistant United States' Attorney Kevin Sullivan, and he does not object to this request.

Accordingly, we respectfully ask this Honorable Court to grant this letter motion and continue the February 1st sentencing hearing to a future date at least six (6) weeks later.

Regards,

*Jeff Greco*

Jeff Greco, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  01/25/2024

757 3RD AVENUE, 20TH FLOOR, NEW YORK, NY 10017
TEL. 212.951.1300     FAX 212.951.1302
NEW YORK     LOS ANGELES     HOUSTON