UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

                -against-

IVAN JIMENEZ,

                            Defendant.

-------------------------------------------------------x

**ORDER**

21 Cr. 778-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The attorney       Jeffrey Greco       privately retained to represent defendant is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to    Daniel Hochheiser   , CJA counsel.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
            April 12, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/12/2024