UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                                                         21 CR 778 (NSR)

-against-
                                                                                                        **ORDER**
                                                                                                        TO
                                                                                                        EXONERATE BOND AND
                                                                                                        RETURN CASH BAIL

Ivan Jimenez

                            Defendant.
-----------------------------------------------------X

       THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK

       Wherefore, counsel for Defendant Ivan Jimenez filed a motion for exoneration of his bond and return of cash bail in the amount of $10,000 previously posted by Adriana Jimenez by letter motion dated August 13, 2024 which referenced a cash bail order signed by U.S. Magistrate Judge Krause on June 14, 2021;

       Wherefore, Ivan Jimenez was sentenced to a term of 12 months and one day imprisonment by Judge Nelson S. Román on June 5, 2024;

       Wherefore, Ivan Jimenez surrendered as directed on August 2, 2024;

       Wherefore, Ivan Jimenez is currently in the custody of the United States Bureau of Prisons and is serving his sentence at MDC-Brooklyn Jail;

       **IT IS HEREBY ORDERED** that the Clerk of the Court is directed, forthwith, to exonerate the bond in this matter and return the cash bail posted in the amount of $10,000.00 to Adriana Jimenez.

**So Ordered:**

Dated: August 21, 2024
White Plains, New York

_____
**Hon. Nelson S. Román**
**United States District Judge**

**Clerk of Court requested to terminate the motion at ECF No. 79.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2024